NUMBER 13-00-569-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


GARZA TRUCKING AND LEONEL GARZA, JR.
, Appellants,


v.



VICTORIO BENITEZ
, Appellee.

____________________________________________________________________


On appeal from the 138th District Court


of Willacy County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellants, GARZA TRUCKING AND LEONEL GARZA, JR.,
perfected an appeal from a judgment entered by the 138th District Court
of Willacy County, Texas, in cause number 99-53. After the record was
filed, appellants filed a motion to dismiss the appeal. In the motion,
appellants state that this case has been resolved and appellants no
longer wish to prosecute this appeal. Appellants request that this Court
dismiss the appeal.

 The Court, having considered the documents on file and
appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of January, 2001.